## FLOWERS *v.* THE STATE.

LUMPKIN, P. J.   1. There being clear and positive proof that a riot was committed, and sufficient evidence to warrant a finding that the accused participated therein, the verdict will be allowed to stand.

2. Points made but not argued will be treated as having been abandoned. *Moss v. Bohanon,* 111 *Ga.* 871.

*Judgment affirmed.    All the Justices concurring.*

Submitted October 23, — Decided November 7, 1901.

Accusation of riot.   Before Judge Longley.   City court of LaGrange.     September 23, 1901.

*D. J. Gaffney,* for plaintiff in error.
*A. H. Thompson, solicitor,* contra.

---

## BANKS *v.* THE STATE.

SIMMONS, C. J.   1. Where a demurrer to an indictment is overruled, a bill of exceptions complaining of this judgment must, under the Civil Code, § 5540, be tendered within twenty days from the date of the judgment.   If the accused is convicted and a motion for new trial made and overruled, and a bill of exceptions, complaining of the overruling of the demurrer and of the refusal of a new trial, is tendered within twenty days from the date of the refusal to grant a new trial but not within twenty days from the overruling of the demurrer, the writ of error will not be dismissed, but the exceptions relating to the refusal of a new trial will alone be considered.

2. Under the facts disclosed by the evidence of the defendant and the countershowing made by the State, there was no error in refusing a continuance. The court did not err in the charge of which complaint is made, nor in the admission of evidence ; and the verdict was authorized by the evidence.

*Judgment affirmed.    All the Justices concurring.*

Argued October 22, — Decided November 7, 1901.

Indictment for larceny.   Before Judge Reagan.   Monroe superior court.    August term, 1901.

*John R. Cooper,* for plaintiff in error.
*O. H. B. Bloodworth, solicitor-general,* contra.